## CITY OF DEADWOOD V. ALLEN.

(Opinion filed June 17, 1896.)

Appeal from Circuit court, Lawrence county. Hon. A. J. PLOWMAN, Judge.

Defendant was convicted in a police justice's court of a violation of a city ordinance, and from a reversal by the circuit court of the judgment of conviction the city appeals. Reversed.

*John R. Wilson,* for appellant.

*Robert N. Ogden,* for respondent.

FULLER, J. This case and another, involving identical issues of law and fact between the same parties, were submitted together upon the same abstract and briefs. An opinion has been filed at the present term in the other case (8 S. D. 618, 67 N. W. 835), and, for the reasons therein stated, the judgment here appealed from is reversed.